![Wilson Elser logo]

MICHAEL P. LOWRY
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KEVIN A. BROWN
Nevada Bar No. 7621
E-mail: Kevin.Brown@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Steven Hipwood; Tom Gullickson, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lucio Navarrete-Pureco, an individual; Maria Aurelia Desantiago, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> Tom Gullickson, Inc.; DOES I through X; and ROE CORPORATIONS I through X, inclusive; Steven Alan Hipwood, an individual, <br><br> Defendants. | Case No.: 2:24-cv-1719 <br><br> **Stipulation and Order re Income Loss** |

Plaintiffs' complaint alleges at various points that their damages include "loss of earning capacity [and] lost wages…."[1] Plaintiffs stipulate to dismiss with prejudice all claims for lost income, however phrased. The parties will bear their own fees and costs as to the dismissed items. This stipulation does not affect Plaintiffs' remaining claims or damages.

///

///

///

---

[1] ECF No. 1-2 at ¶ 18.

312929624v.1

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/ Michael Lowry<br>Michael P. Lowry<br>Nevada Bar No. 10666<br>Kevin A. Brown<br>Nevada Bar No. 7621<br>Attorneys for Tom Gullickson, Inc.; Steven Alan Hipwood | ARNTZ ASSOCIATES<br><br>/s/ Breen Arntz<br>E. Breen Arntz<br>Nevada Bar No. 3853<br>Attorneys for Lucio Navarrete-Pureco; Maria Aurelia Desantiago |

IT IS SO ORDERED.

Dated this 12 day of May, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

-2-

312929624v.1