**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KEVIN A. BROWN
Nevada Bar No. 7621
E-mail: Kevin.Brown@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Steven Hipwood; Tom Gullickson, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Lucio Navarrete-Pureco, an individual; Maria Aurelia Desantiago, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> Tom Gullickson, Inc.; DOES I through X; and ROE CORPORATIONS I through X, inclusive; Steven Alan Hipwood, an individual, <br><br> Defendants. | Case No.: 2:24-cv-1719-GMN-MDC <br><br> **Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss this case with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| ARNTZ ASSOCIATES | **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| BY: /s/ Breen Arntz <br> E. BREEN ARNTZ <br> Nevada Bar No. 3853 <br> Attorneys for Lucio Navarrete-Pureco and Maria Aurelia Desantiago | BY: /s/ Michael Lowry <br> MICHAEL P. LOWRY <br> Nevada Bar No. 10666 <br> KEVIN A. BROWN <br> Nevada Bar No. 7621 <br> Attorneys for Steven Hipwood and Tom Gullickson, Inc. |

**IT IS SO ORDERED.** The Clerk of Court is kindly directed to close this case.

Dated this  19  day of September, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

318010985v.1